# STATE OF LOUISIANA
## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2020 KW 0273

VERSUS

WILBERT KELLY, JR.

**MAY 1 2 2020**

---

In Re:  Wilbert Kelly, Jr., applying for supervisory writs, 20th Judicial District Court, Parish of East Feliciana, No. 03-CR-898

---

**BEFORE:  McDONALD, THERIOT, AND CHUTZ, JJ.**

    **WRIT GRANTED.** The district court's ruling denying relator's motion to declare Louisiana Code of Criminal Procedure article 782(A) unconstitutional is vacated for the sole purpose of remanding the matter to the district court for a hearing on relator's claim regarding his conviction by a non-unanimous jury verdict, in light of **Ramos v. Louisiana,** \_\_\_ U.S. \_\_\_, \_\_\_ S.Ct. \_\_\_, \_\_\_ L.Ed.2d \_\_\_ (2020), 2020 WL 1906545.

**JMM**
**MRT**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
      FOR THE COURT